## IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF WISCONSIN

JOHN R. KING,

      Plaintiff,

          Case No.  16-cv-144-wmc

  v.

DEPUTY ROBERT SPEARS,
DEPUTY BRANT FOLTMAN,
DEPUTY DAVID WALKER,
BRANDI ANDERSON,
DERRICK WALKER,
SYDNEY BRYANT AND KYLE
MCNALLY,

      Defendants.

## JUDGMENT IN A CIVIL CASE

IT IS ORDERED AND ADJUDGED that judgment is entered in favor of

defendants dismissing this case.

| /s/ | 2/14/2019 |
| --- | --- |
| Peter Oppeneer, Clerk of Court | Date |